APPEARANCE FORM FOR PRO SE LITIGANTS
DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS

Information entered on this form is required for any person filing a case in this court as a pro se party (that is, without an attorney).

NAME: LENIA WINFORD
(Please print)

STREET ADDRESS: 6744 N. CHICORA

CITY/STATE/ZIP: CHICAGO, IL. 60646

PHONE NUMBER: (773) 806-9980 / (773) 775-2677

CASE NUMBER: 07CV6477
JUDGE MANNING
MAG. JUDGE MASON

_Lenia Winford_   11-15-07
Signature   Date

JH

FILED
NOV 15 2007
Nov. 15, 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT