# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Blanche M. Manning | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6477 | **DATE** | 11/30/2007 |
| **CASE TITLE** | Winford vs. Village of Bellwood | | |

**DOCKET ENTRY TEXT**

Plaintiff's motion for leave to proceed in forma pauperis [3] is granted. Plaintiff's motion for appointment of counsel [4] is denied without prejudice as the plaintiff has not established that appointment of counsel is warranted at this time. The court notes that the pro se help desk is available by appointment if the plaintiff wishes to take advantage of this service. Status hearing set to 1/15/2008 at 11:00 a.m. Plaintiff should be prepared to advise the court regarding the status of efforts to serve the defendant.

Docketing to mail notices.

| | Courtroom Deputy Initials: | rs |
|---|---|---|