## UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.0
## Eastern Division

Lenia Winford
                       Plaintiff,

v.                                    Case No.: 1:07−cv−06477
                                        Honorable Blanche M. Manning

Village Of Bellwood
                       Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, January 15, 2008:

      MINUTE entry before Judge Blanche M. Manning : Case called for status hearing on 1/15/2008. Plaintiff failed to appear. Status hearing is reset for 2/12/2008 at 11:00 AM. If plaintiff fails to appear at the next hearing, the case will be dismissed for want of prosecution.Mailed notice(rth, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.